Alexander v. Gleeson et al. Okay, Mr. Alexander, good afternoon. I guess it is at this point. Good afternoon. All right. So you have five minutes, so you may proceed. Basically, the reason why I submitted my case is because I've been going through a lot of discrimination and it's a bit difficult to explain at the moment, but based on the briefs and the appendix that I submitted, you would have a better understanding of what I've been experiencing. For some reason, it seems like the judicial system and nonprofit organizations that is affiliated with mental health, in the mental health field, they've just been abusive towards me. And as a result of that, my religious belief has been more or less compromised. And I submitted the case in the lower courts and it was denied and then they asked me to do it over. But then when I did it over, they told me it was frivolous and they dismissed it. But then after they dismissed it, I got paperwork that I wanted to submit, but I was unable to submit it. And they told me that they don't want me to bring any more cases within their courts. So that's one of the reasons why I submitted the case in your courts. And it's a very complicated matter. However, I just want to do my best to get this resolved so that I'll be able to move forward with my life and be an outstanding citizen of the United States and the world. I did not become a citizen of the United States to do anything that's negative. And it seems like the past life experience that I had experienced, for some reason people still think that I'm living that lifestyle and I'm not. Well, I mean, again, the district court sort of dismissed your case because it failed to allege specific facts that would support a cause of action. So basically to bring an action, you have to have specific allegations that would support a basis for relief. And so what are you saying the district court did wrong here? Well, first, as you know, I'm not an attorney and I really don't know that much about law in general. However, basically what they did was tell, how do you say, lies because if you Google my name, it would say that I asked for a certain amount of money and I actually didn't. So it seems like everything they said was lies and as a result of the lies that they told on me, I'm unable to do anything. But lies who told on you? The judges, Judge Cohen told me that I knew too much and I strongly believe that knowledge is infinite. So I really don't, I don't understand why they would, I really don't understand why they would take advantage of me in the way that they did. The way, who would take advantage of you the way they did? The judges and everybody that actually I mentioned in the complaint. Yeah. Okay. Well, I see no other questions. So we're going to reserve decision as we did with all the other cases today. We'll issue a written decision in the coming days or weeks. May I ask a question? Well, usually we ask questions of litigants. What's your question? Well, the thing is, I really don't understand why is it that the other parties didn't submit a rebuttal or anything like that, you know? Because based on what I was told, they would have to reply and nobody replied. And I just find it a bit odd that nobody replied. For the appeal you mean? Yeah. Or below the district court? For their appeal. Well, I mean, you've named a lot of different people. Some of them were not served. Some of them are not. I mean, the district court dismissed the case early as the district court is permitted to do. And so since the others haven't appeared, they don't have to respond. I mean, you get to bring your appeal. You get to argue that the district court made a mistake by dismissing your case when it did. But the other parties are not really joined at this point. Oh, so they didn't have to respond if they didn't want to. That's right. All right. So we will be in touch with a written decision. That's how we resolve cases on appeal. So with that, thank you, Mr. Alexander.